[No. 18243.   Department One.   November 7, 1923.]

THE STATE OF WASHINGTON, *Respondent*, v. ELMER E. WILLIAMS, *Appellant*.[1]

Appeal from a judgment of the superior court for Pierce county, Askren, J., entered April 4, 1923, upon a trial and conviction of a criminal charge.   Affirmed.

*Gordon & Nolte*, for appellant.
*J. W. Selden* and *John A. Sorley*, for respondent.

PER CURIAM.—The defendant suffered conviction on a criminal charge and appeals here, raising but one question; that is, that the evidence is insufficient to justify the verdict against him.   While the evidence (as in all cases where a defense is interposed) is conflicting, there is ample on the part of the state, if believed, to justify the submission of the case to the jury and for the jury to have returned the verdict which it did.   Affirmed.

---

[No. 17556.   *En Banc.*   November 13, 1923.]

R. D. GLASGOW, *as Administrator etc., Appellant*, v. WALTER J. NICHOLLS *et al., Respondents*.[2]

Appeal from a judgment of the superior court for Spokane county, Blake, J., entered May 31, 1922, in favor of the defendants, in an action to establish a trust, tried to the court.   Reversed.

*O. C. Moore* and *Turner, Nuzum & Nuzum*, for appellant.
*Post, Russell & Higgins*, for respondents.

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc*, a majority of the court adhere to the opinion heretofore filed herein as reported in 124 Wash. 281, 214 Pac. 165, and the judgment of the trial court is therefore reversed.

[1]Reported in 219 Pac. 1119.
[2]Reported in 219 Pac. 883.